UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DEXTER DEAN BARBER,

        Petitioner,                        Case No. 1:16-cv-409

v.                                                     Honorable Gordon J. Quist

JAMES E. CRAIG et al.,

        Respondents.
_____/

**ORDER OF TRANSFER**

        This is a habeas corpus proceeding brought by an individual who is, according to the petition, confined at the Forensic Psychiatry Center in Saline, Michigan, because of some action by the Detroit Recorders, Circuit, or District Court in Detroit, Michigan. The petition is, for the most part, unintelligible. Nonetheless, the petition does reveal where Petitioner is confined, Saline, Michigan, and the location of the court that ordered his confinement, Detroit, Michigan. There is nothing in the petition to link Petitioner's confinement to the Western District of Michigan.

        Venue in habeas corpus actions is governed by 28 U.S.C. § 2241. That statute allows a petition to be filed either in the district where the petitioner is in custody or in the district in which the petitioner was convicted. 28 U.S.C. § 2241(d). Petitioner presently is confined at the Forensic Psychiatric Center, located in Washtenaw County. As set forth above, Petitioner is confined there because of the action of a court in Wayne County. Both Washtenaw and Wayne counties are located in the Eastern District of Michigan. 28 U.S.C. § 102(a). Venue, therefore, lies in that district, not in the Western District of Michigan. Accordingly,

IT IS ORDERED that this case is hereby transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a).

Dated: May 20, 2016  /s/ Ray Kent
RAY KENT
United States Magistrate Judge