UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER BARBER,

    Petitioner,                                         Case No. 16-cv-11835
                                                      Hon. Matthew F. Leitman

v.

JAMES CRAIG, *et al.*,

    Respondents.
_____/

**<u>ORDER STRIKING PETITIONER'S MOTIONS AS PREMATURE (ECF ## 7-10, 12-26) AND ENJOINING PETITIONER FROM FILING FURTHER MOTIONS WITHOUT LEAVE OF COURT</u>**

On May 23, 2016, Petitioner Dexter Barber ("Barber") filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (the "Petition"). (ECF #1.) The Petition is, by and large, illegible. The portions that are legible do not state any discernable basis for habeas relief. (*See generally id.*) On June 6, 2016, the Court entered an Order directing Barber to cure the Petition's deficiencies and "file with the Clerk of the Court a legible copy of the Petition that complies with Local Rule 5.1(a)(2) by no later than July 15, 2016." (*See* Order to Correct Deficiency, ECF #6 at 1, Pg. ID 23.) To date, Barber has not cured the deficiencies with his Petition.

Nonetheless, on June 17, 2016, Barber began filing a series of largely illegible – and largely unintelligible – motions with the Court (the "Motions").

1

(ECF ## 7-10, 12-26.) For example, Barber has filed a "Motion to Indict Ms. Carolyn C. Chapman Marsh" (ECF #20) and a "Motion to Run Over Carolyn Hogan" in which Barber has alleged that the "Courts allowed gays and gangs to overthrow USCA" before the handwriting devolves into illegible scribbles (ECF #24). At this time, however, Barber's Motions are premature and it is not appropriate for the Court to rule on the Motions before Barber has corrected the deficiencies with his Petition. Additionally, Barber, as a litigant proceeding *in forma pauperis*, has abused his right to access the Court through his voluminous and baseless filings in this action. Accordingly, **IT IS HEREBY ORDERED** that Barber's Motions (ECF ## 7-10, 11-26) are **STRICKEN. IT IS FURTHER ORDERED** that Barber is **ENJOINED** from filing any further motions without first obtaining leave of court; any further motions filed by Barber without Court approval shall be stricken.

        s/Matthew F. Leitman  
        MATTHEW F. LEITMAN  
        UNITED STATES DISTRICT JUDGE

Dated: June 22, 2016

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 22, 2016, by electronic means and/or ordinary mail.

        s/Holly A. Monda  
        Case Manager  
        (313) 234-5113